**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**TERRY D. HEARD,**

    Plaintiff(s),

                      **CASE NO.    3:10-cv-462**

-vs-

                      **District Judge Timothy S. Black**
                      **Magistrate Judge Michael R. Merz**

**SELECTECH SERVICES CORP.,**

    Defendant(s).

_____

**JUDGMENT IN A CIVIL CASE**
_____

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED:** that the Defendant's Motion to Dismiss (Doc. 6) is **GRANTED** and this case is **DISMISSED** on the merits of Defendant's Motion and as a result of Plaintiff's failure to prosecute.

Date:   July 14, 2011                            **JAMES BONINI, CLERK**

                                                        By: <u>s/ M. Rogers</u>
                                                        Deputy Clerk